**STATE of Missouri, Respondent,**

v.

**Margo ALEXANDER, Appellant.**

**No. WD 36258.**

Missouri Court of Appeals,
Western District.

April 1, 1986.

Sean D. O'Brien, Public Defender, Kansas City, Patrick J. Berrigan, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, John M. Morris, Asst. Atty. Gen., for respondent.

Before DIXON, MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

Defendant appeals her jury conviction of three counts of sodomy, § 566.060, RSMo Supp.1984, and one count of rape, § 566.-030, RSMo Supp.1984, and sentence to five years imprisonment on each count.

Judgment affirmed. Rule 30.25(b).